**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joshua R. Wilner (State Bar No. 353949)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
          jwilner@bursor.com

*Attorneys for Plaintiff*

**FREEMAN MATHIS & GARY, LLP**
FREDRICK A. HAGEN (SBN 196220)
fahagen@fmglaw.com
1850 Mt. Diablo Blvd., Ste. 510
Walnut Creek, CA 94596
Telephone: 925-466-2500

**FREEMAN MATHIS & GARY, LLP**
ALEXANDER L. TANG (Bar No. 358725)
alexander.tang@fmglaw.com
225 Broadway, Suite 1700
San Diego, CA 92101
Telephone: 619.687.3000

Attorneys for Defendant
AMPLIFY LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.F., individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>   v.<br><br>AMPLIFY LIFE INSURANCE COMPANY,<br><br>           Defendant. | Case No. 3:25-cv-02917-MMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS**<br><br>Current date of Plaintiff's Opposition: August 1, 2025<br><br>Stipulated Date for Plaintiff's Opposition: August 15, 2025<br><br>Current date of Defendant's Reply: August 8, 2025<br><br>Stipulated date of Defendant's Reply: August 22, 2025<br><br>Current Hearing Set for Defendant's Motion: August 22, 2025 9:00 a.m.<br><br>Stipulated Hearing Date for Defendant's Motion:<br>September 5, 2025 9:00 a.m. |

STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO DISMISS BRIEFING
CASE NO. 3:25-cv-02917-MMC

Plaintiff H.F. ("Plaintiff") and Defendant Amplify Life Insurance Company ("Defendant") (together with Plaintiff, the "Parties") respectfully submit this Joint Stipulation and [Proposed] Order Regarding Briefing Schedule on Defendant's Motion to Dismiss and state as follows:

**WHEREAS**, Plaintiff filed her First Amended Complaint against Defendant on June 30, 2025 (ECF No. 22);

**WHEREAS**, on July 14, 2025, Defendant filed its Motion to Dismiss the First Amended Complaint (ECF No. 14). Plaintiff's response is due by August 1, 2025, Defendant's reply is due by August 8, 2025, and the Motion is set to be heard on August 22, 2025 (ECF No. 27);

**WHEREAS**, the Parties have met and conferred and agreed, subject to the Court's approval, to a two-week extension of the briefing schedule;

**WHEREAS**, this is the first extension of time requested by the Parties;

**WHEREAS**, no dates in the case schedule, apart from the hearing on Defendant's Motion to Dismiss, will be affected by the extension.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the Parties, subject to the approval of this Court, that:

1.  Plaintiff's response to Defendants' Motion shall be due on August 15, 2025.

2.  Defendant's reply in support of their Motion shall be due on August 22, 2025.

3.  The hearing on the Defendant's Motion shall be continued to September 5, 2025 or shall be moved to such other date as is convenient for the Court.

Dated:  July 24, 2025                    **BURSOR & FISHER, P.A**.

                                        By:    */s/ Joshua R. Wilner*
                                              Joshua R. Wilner

                                        L. Timothy Fisher (State Bar No. 191626)
                                        Joshua R. Wilner (State Bar No. 353949)
                                        1990 North California Blvd., 9th Floor

Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
        jwilner@bursor.com

*Attorneys for Plaintiff*

Dated:  July 11, 2025          **FREEMAN MATHIS & GARY, LLP**

By:    */s/ Alexander L. Tang*
         Alexander L. Tang

FREDRICK A. HAGEN (SBN 196220)
fahagen@fmglaw.com
1850 Mt. Diablo Blvd., Ste. 510
Walnut Creek, CA 94596
Telephone: 925-466-2500

**FREEMAN MATHIS & GARY, LLP**
ALEXANDER L. TANG (Bar No. 358725)
alexander.tang@fmglaw.com
225 Broadway, Suite 1700
San Diego, CA 92101
Telephone: 619.687.3000

Attorneys for Defendant
AMPLIFY LIFE INSURANCE COMPANY

## SIGNATURE ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), the filer of this document attests that all signatories have concurred in its filing.

By:  */s/ Joshua R. Wilner*
        Joshua R. Wilner

**DECLARATION OF JOSHUA R. WILNER**

I, Joshua Wilner, declare as follows:

1. I am admitted to practice before this Court. I am an associate at the law firm of Bursor & Fisher, P.A. and counsel of record for Plaintiff in this action. I submit this declaration pursuant to Civil L.R. 6-2(a) in support of the Parties' Joint Stipulation and [Proposed] Order Regarding Briefing Schedule on Defendant's Motion to Dismiss. The matters stated in this declaration are within my personal knowledge. If called as a witness in this action, I could and would testify competently to the contents of this declaration.

2. The current date for Plaintiff's response to Defendant's Motion to Dismiss is set for August 1, 2025. I, along with my colleagues handling this case, have conflicting work obligations in other matters, including substantive briefs and oral arguments, which I relayed to counsel for Defendant. Accordingly, Defendant agreed to Plaintiff's request for her response to the Motion to be due by August 15, 2025. In turn, counsel for Defendant requested that their reply be due by August 22, 2025, which Plaintiffs agreed to. Because the hearing on Defendant's Motion is currently set for August 22, 2025, the Parties agreed to request that the hearing be continued by 14 days to September 5, 2025.

3. There have been no previous scheduling modifications in this matter.

4. The time modification requested by this stipulation will not affect any other date on the case schedule.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on July 24, 2025 in Walnut Creek, California.

/s/ Joshua R. Wilner
Joshua R. Wilner

## [PROPOSED] ORDER

Upon review of the foregoing stipulation and the Declaration of Joshua R. Wilner in support, and finding good cause for the same, the Court hereby orders as follows.

1.    Plaintiff's response to Defendants' Motion shall be due on August 15, 2025.

2.    Defendant's reply in support of their Motion shall be due on August 22, 2025.

3.    The hearing on the Defendant's Motion shall be continued to September 5, 2025.


**IT IS SO ORDERED.**


Dated:  _____          _____

MAXINE M. CHESNEY
United States District Judge