**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joshua R. Wilner (State Bar No. 353949)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
　　　　jwilner@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.F., individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br>　　v.<br><br>AMPLIFY LIFE INSURANCE COMPANY,<br><br>　　　　　　　　　　　　Defendant. | Case No. 3:25-cv-02917-MMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 3:25-cv-02917-MMC

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff H.F. hereby dismisses, with prejudice, his claims against Defendant Amplify Life Insurance Company.  Each party shall bear its own costs and expenses.

Dated:  April 10, 2026          **BURSOR & FISHER, P.A**.

By:    */s/ L. Timothy Fisher*
          L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Joshua R. Wilner (State Bar No. 353949)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
            jwilner@bursor.com

*Attorneys for Plaintiff*